UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| BRITTANY JULENE BOGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:20-CV-151-REW-EBA |
| v. | ) | |
| | ) | |
| APPALACHIAN REGIONAL | ) | ORDER |
| HEALTHCARE, INC., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an "Agreed Order of Dismissal[.]" *See* DE 176. The DE 176 filing satisfies the Rule 41(a)(1)(A)(ii) requirements. *See* FED. R. CIV. P. 41(a)(1)(A)(ii) (permitting voluntary dismissal "without court order" on filing of a "stipulation of dismissal signed by all parties who have appeared"). Thus, the Court **DIRECTS** the Clerk to **TERM** DE 176 and **STRIKES** the case from the active docket, as dismissed with prejudice per the terms of DE 176.

This the 28th day of February, 2024.



Signed By:
*Robert E. Wier*
United States District Judge